# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARI' A. GREEN

NO. 2023 KW 1031

**OCTOBER 16, 2023**

---

In Re:   Gari' A. Green, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 22-03563.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the motion, the transcript of the motion to suppress hearing, the bill of information, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT